1

2

3

4

5

6

7

8

9
                     **UNITED STATES DISTRICT COURT**

10
         **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

11

12
WANDA ROSA RUIZ,         )   NO.  CV 14-08867-AS
                            )

13
           Plaintiff,    )
                            )   **JUDGMENT**

14
        v.            )
                            )

15
CAROLYN W. COLVIN,        )
Acting Commissioner of Social  )

16
Security,               )
                            )

17
          Defendant.    )

18

19
    IT IS HEREBY ADJUDGED that the decision of the Commissioner of the

20
Social Security Administration is reversed in part and the matter is

21
remanded for further administrative action consistent with the Opinion

22
filed concurrently herewith.

23

24
    DATED:  February 5, 2016.

25

26
                              /s/

27
                            ALKA SAGAR
              UNITED STATES MAGISTRATE JUDGE

28