EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
JENNIFER A. KENNEY, CSBN 241625
Special Assistant United States Attorney
     Social Security Administration
     160 Spear St., Suite 800
     San Francisco, CA 94105
     Telephone: (415) 977-8945
     Facsimile: (415) 744-0134
     Email: jennifer.a.kenney@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| WANDA ROSA RUIZ, | ) |
| | ) No. 2:14-CV-08867-AS |
| Plaintiff, | ) |
| | ) **[PROPOSED]** |
| v. | ) **ORDER AWARDING EQUAL** |
| | ) **ACCESS TO JUSTICE ACT** |
| CAROLYN W. COLVIN, Acting | ) **ATTORNEY FEES AND** |
| Commissioner of Social Security, | ) **EXPENSES, PURSUANT TO 28** |
| | ) **U.S.C. § 2412(d)** |
| Defendant. | ) |
| | ) |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $7,375 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATED:  June 1, 2016            / s /

                             HON. ALKA SAGAR
                             UNITED STATES MAGISTRATE JUDGE